THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ALLEN LeVESQUE, Appellant.— Motion to appeal on hand-printed records denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LLOYD JACKSON, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER J. MYSTEK, THEODORE G. SHARKEY, JR., and ROBERT S. ZIGMAN, Appellants, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on typewritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

In the Matter of CHESTER E. BARAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on typewritten papers and for counsel denied on the ground that the papers fail to show merit to the appeal.

In the Matter of JAMES S. WADE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. JAMES KELLY, Appellant.— Motion granted to appeal on one certified copy of judgment roll filed pursuant to section 485 of the Code of Criminal Procedure, copy of stenographic minutes of entire proceedings of trial certified by the stenographer and filed pursuant to section 456 of the Code of Criminal Procedure, and five typewritten copies of brief, and John J. Cooney, Esq., of Buffalo assigned as counsel to conduct appeal; time for argument of appeal enlarged to include January, 1959 Term; otherwise motion denied. See memorandum in *People* v. *Warner* (7 A D 2d 705).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL ALSTON, Appellant.— Motion granted to appeal on one certified copy of judgment roll filed pursuant to section 485 of the Code of Criminal Procedure, copy of stenographic minutes of entire proceedings of trial certified by stenographer and filed pursuant to section 456 of the Code of Criminal Procedure, and five typewritten copies of brief; Thomas G. Rickert, Esq., of Buffalo assigned as attorney to conduct appeal, time for argument of appeal enlarged to include January 1959 Term.